## RECONSIDERATION DOCKET

**96–2570. State v. Creighton.**
Stark App. No. 1996CA0257. Reported at 78 Ohio St.3d 1410, 675 N.E.2d 1249. On motion for reconsideration. Motion denied.

**96–2636. Loreto Dev. Co. v. Chardon.**
Geauga App. Nos. 95–G–1920 and 95–G–1923. Reported at 78 Ohio St.3d 1410, 675 N.E.2d 1249. On motion for reconsideration. Motion granted; *sua sponte,* discretionary appeal allowed.
RESNICK and PFEIFER, JJ., dissent.

**96–2651. Titus v. Marzocco.**
Clermont App. No. CA96–02–026. Reported at 78 Ohio St.3d 1410, 675 N.E.2d 1249. On motion for reconsideration. Motion denied.